# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Merlin Rowley and Patricia Rowley, husband and wife,<br><br>            Plaintiff,<br><br>vs.<br><br>Auto-Owners Insurance Company, a foreign insurer;<br><br>            Defendants. | Case No. 2:22-cv-01233-SRB<br><br>**ORDER ON STIPULATION TO DISMISS ALL CLAIMS WITH PREJUDICE** |

Having reviewed the parties' Stipulation to Dismiss All Claims, and good cause appearing, IT IS HEREBY ORDERED as follows:

1. All claims alleged by Plaintiffs Merlin Rowley and Patricia Rowley and against Defendant Auto-Owners Insurance Company are dismissed, with prejudice.

2. All parties shall bear their own attorney's fees and costs.

Dated this 10th day of November, 2022.

_____
Susan R. Bolton
United States District Judge